## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**NORMA TURNER**                                                                  **PLAINTIFF**

**v.**                                                        **No. 3:19-CV-169-RP**

**TUNICA COUNTY, ET AL.**                                      **DEFENDANT**

### JUDGMENT DISMISSING ACTION
### BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS ORDERED** that the action is dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this the 25th day of August, 2020.

                                             /s/ Roy Percy
                                             UNITED STATES MAGISTRATE JUDGE